IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ZOAN BAPTIST CHURCH, a Virginia not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPOTSYLVANIA COUNTY, a Virginia municipal corporation,<br><br>Defendant. | CASE NO. 3:17-CV-475-JAG<br><br>Honorable Judge John A. Gibney, Jr.<br><br>Magistrate Jude David J. Novak |

## **STIPULATION TO DISMISS WITH PREJUDICE**

The Plaintiff Zoan Baptist Church, by and through its attorneys, the Thomas More Society, Mauck & Baker, LLC., and Singer Davis, LLC, and the Defendant, Spotsylvania County, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994), the Court, through Magistrate Judge Novak, shall retain jurisdiction to enforce the terms of the "Memorandum of Understanding Regarding Settlement Agreement" executed on July 20, 2017, and any arbitration award resulting from the Agreement's paragraph 9.

Nothing in this Stipulation of Dismissal with Prejudice shall be construed as an admission or concession of liability or wrongdoing whatsoever by either party regarding any of the allegations made by the plaintiff in the Complaint.

This Stipulation of Dismissal with Prejudice and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other

action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Dismissal with Prejudice or the "Memorandum of Understanding Regarding Settlement Agreement" executed on July 20, 2017.

**PLAINTIFF:**

ZOAN BAPTIST CHURCH, a Virginia church and not-for-profit corporation.

By: /s/ James A. Davids    Date: 07/31/2017
  James A. Davids, VSB #69997
  SingerDavis
  1209A Laskin Road
  Virginia Beach, VA  23451
  Telephone:  (757) 301-9995
  jim.davids@singerdavis.law


By: /s/ John W. Mauck    Date: 07/31/2017
  John W. Mauck
  Sorin A. Leahu
  Mauck & Baker, LLC
  One N. LaSalle St., Suite 600
  Chicago, Illinois 60602
  Telephone:  (312) 726-1243
  jmauck@mauckbaker.com
  sleahu@mauckbaker.com

**DEFENDANT:**

SPOTSYLVANIA COUNTY, a Virginia municipal corporation.

By: _/s/Susan E. Cooke_ Date: 07/31/17
   Susan E. Cooke, VSB # 35957
   Deputy County Attorney
   Shelia J. Weimer, VSB # 40027
   Senior Assistant County Attorney
   Office of the Spotsylvania County Attorney
   9105 Courthouse Road
   PO Box 308
   Spotsylvania, Virginia 22553-0308
   Telephone: (540) 507-7020
   scooke@spotsylvania.va.us
   sweimer@spotsylvania.va.us